# Exhibit 3

**From:** Robert L. Pressman [mailto:rpressman@tritonequity.com]
**Sent:** Tuesday, July 18, 2017 1:20 PM
**To:** Margaret Conboy <MConboy@wbamct.com>
**Subject:** RE: 69 Porchuck Road, Greenwich CT
**Importance:** High

Please advise. See below. Thank you.

Robert L Pressman
Chief Executive Officer
Triton Equity Partners LLC
rpressman@tritonequity.com
631-613-6657
81 Newtown Lane No 351
East Hampton, New York 11937

641 Lexington Avenue
Suite 1400
New York City, New York 10021
1875 Century Park East
Suite 700
Los Angeles, California 90067

Disclaimer: No representation or warranty is expressed or implied for any information herein and all information is subject errors, omissions or change, all without notice.
Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: "Robert L. Pressman" <rpressman@tritonequity.com>
Date: 7/17/17 6:17 PM (GMT-05:00)
To: M Conboy <mconboy@wbamct.com>
Subject: 69 Porchuck Road, Greenwich CT

Dear Attorney Conboy:

We have been advised by our bank, JPMorgan Chase, that our wire for the amount required under the Lease and Escrow has been received this morning, by your your bank, JPMorgan Chase. Further, we delivered the executed Lease and Escrow on Friday. Accordingly, we respectfully request delivery of the counter-signatured documents. Please advise.

Thank you fot your courtesies.

Sincerely,

Robert L. Pressman

Robert L Pressman

Chief Executive Officer
Triton Equity Partners LLC
rpressman@tritonequity.com
631-613-6657

81 Newtown Lane No 351
East Hampton, New York 11937
641 Lexington Avenue
Suite 1400

New York City, New York 10021
1875 Century Park East
Suite 700
Los Angeles, California 90067

Disclaimer: No representation or warranty is expressed or implied for any information herein and all information is subject errors, omissions or change, all without notice.
Sent from my Verizon Wireless 4G LTE smartphone